(JS-6)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRISTO LOZA OLIVA**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and DOES 1 to 50,** inclusive;<br><br>Defendants. | CASE NO. 5:24-CV-02337<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**<br><br>COMPLAINT FILED: NOVEMBER 04, 2024 |

Based on the Parties Joint Stipulation pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court DISMISSES with prejudice the complaint as to all parties and claims. The Clerk of Court shall terminate the case.

DATED: June 24, 2025       BY: _____
                                                                                            HON. KENLY KIYA KATO
                                                                                            United States District Judge

- 1 -